IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FLORIDA BIRTH-RELATED
NEUROLOGICAL INJURY
COMPENSATION ASSOCIATION,

      Petitioner,

vs.                     CASE NO.: 4:04cv147-SPM/AK

AMERICAN UNITED LIFE
REINSURANCE MANAGEMENT
SERVICES , LLC.,

      Respondent.
_____/

## ORDER OF DISMISSAL

This case has been dismissed pursuant to the parties' Stipulation for

Dismissal (doc. 15) and Federal Rule of Civil Procedure 41(a)(1)(ii).  Accordingly,

the clerk shall close this case.

SO ORDERED this 16th day of July, 2004.


         _s/ Stephan P. Mickle_____

         Stephan P. Mickle
         United States District Judge